ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01245
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.
JUN 28 2006
GREGORY C. LANGHAM
CLERK

Michael Whitington, Plaintiff,

v.

Lt. Sokol,

John Doe,

C/O Strickler,

C/O Sprowels,

C/O Pineda,

C/O Caldwell,

C/O Johnson,

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 19 2006
GREGORY C. LANGHAM
CLERK

Jury Trial Demand

______, Defendant(s).

(List each named defendant on a separate line.)

## PRISONER COMPLAINT

(Rev. 9/02/04)

## A. PARTIES

1. michael Whitington 98082 Box 6.000 [redacted] sterling [redacted],
(Plaintiff's name, prisoner identification number, and complete mailing address)
Co. [redacted] 80751

2. Captain Sokol 49030 Hwy 71 Limon, CO. 80826
(Name, title, and address of first defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
Capt. Sokol was an employee at the Limon Correctional Facility and is Being sued in His individual capacity

3. John DOE Title unknown 49030 Hwy 71 Limon
(Name, title, and address of second defendant)
Co. 80826

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
John Doe was the supervisor at limon correctional center That orderder the Plaintiff moved. John Doe is Being sued in His individual capacity

4. Correctional officer strickler Address unknow
(Name, title, and address of third defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
C/o strickler was an officer at the limon correctional Facility and is Being sued in His individual capacity

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

# A Parties

5. C/o Sprowles address unknown The officer wos working under the colors of the law as an employe at the limon correctional Facility and is Being sued in His individuel capacity.

6 C/o Pineda address unknown. C/o Pineda was working under the colors of the law as a correctional officer at limon correctional Facility and is Being sued in His individual capacity

7. C/o caldwell address unknown. C/o caldwell was Acting under the colors of the law as a correctional officer at the limon correctional Facility and is Being sued in His individual capacity.

8. Sgt Johnson 49030 Hwy 71 Limon colorado 80826. Sgt Johnson was acting under the colors of the Law and is Being sued in his individual capacity.

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

 __✓__ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

 ____ 28 U.S.C. § 1331 and ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

pendent and/or supplemental colorado state torts claim pursuant to U.S.C. §1367

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

1. The plaintiff is a prisoner confined to the colorado Department of corrections.

2 The plaintiff was Housed at The Limon correctional Facility At the Time of the incident.

3. on July 24th 2001 The Plaintiff was placed in segragation For Disciplinary Action.

4. on August 13, 2001 the staff Brought the plaintiff orange pants to wear and Informed Him that He was Being released From segragation. The plaintiff Refused to wear the orange pants. The plaintiff was

C. Nature of the case

Left in Segragation pursuant to remove From Population (RFP) Classification. A Disciplinary report was written. The plaintiff went to A hearing and plead guilty to Disobeying a lawful order. The plaintiff was given 15 Days in segragation.

5 On August 28, 2001 Staff Brought the plaintiff Brought the plaintiff orange pants to wear and The plaintiff refused. The plaintiff was left in segregation pursuant To remove From population Class-ification. A Disciplinary report was written. The plaintiff Plead guilty to Disobeying a lawful order. The plaintiff was given 15 Days in segragation.

6. On September 12, 2001 Staff Brought orange pants For the plaintiff to wear. The plaintiff Refused to wear them. The plaintiff was left is seg-gragation pursuant to remove From Population Class-ification. A Disciplinary ~~Heart~~ report was written. The plaintiff Did not attend the Hearing. The plain-tiff was Found guilty of Disobeying a lawful order and given 15 Days in segregation.

7. On September 25, 2001 when the plaintiffs seg-gragation sentence was complete no staff came

## C. Nature of the case

To release The Plaintiff From segragation and To wear the orange pants. The Defendants left the plaintiff in Segregation, without any rule infractions or Authorization to use Remove From Population classification, until 30 Days after He was scheduled to Bereleased From segregation on ~~october~~ september 26th.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: Defendants violated The plaintiFFs 8th amendment rights and state Torts rights For assult and Battery and/or caused IT.

Supporting Facts:

8 On october 25, 2001 John Doe ordered Lt. Sokol to move the plaintiff to Living unit 3 using whatever means necessary to complete the ~~mission~~ Task.

9. Staff in the segragation unit Told the plaintiff Pack His property that was going to Receiving. C/o Strickler and C/o Johnson came to the plaintiff's cell and put him in Full restraints (ie; Hand cuffs shackels and Belly chain)

10. C/o Strickler and C/o Johnson escorted the Plaintiff To the receiving area of the Prison.

11. The plaintiff was ordered into a large Holding cell and the plaintiff's restraints were removed

12. Lt. Sokol ordered the plaintiff to wear the orange pants. The plaintiff Stated He Did not

D. Cause OF Action

wont to wear the orange pants. Lt sokol stated you are going to wear the orange pants. The plaintiff stated the He was refussing and He would wear His orange Jumpsuite

13 Lt Sokol told the OFFicers to strip the plaintiffs cloths off.

14. OFFicers sprowels, PinedA, caldwell, strickler and Johnson striped the PlaintiFF's cloths OF of him.

15 The plaintiff was told to cuff up. C/O Johnson placed the Hand cuffs on the plaintiff.

16 Lt. Sokol stated you will wear the orange pants to the plaintiFF. Lt. Sokol Then Ordered the OFFICers to place the cuFFS behind the plaintiffs Back.

17. The plaintiFF started steping Backwards at This time C/o strickler, C/o Johnson, C/O pineda, c/o caldwell and c/o sprowler attacked the plaintiFF and Through him to the Floor.

18. ONCE The OFFicers Through the plaintiFF To the Floor C/o caldwell Held the plaintiFF's

D. Cause OF Action.

Feet.

19. C/o sprowels Began hitting the plaintiFF in The Back using His knee.

20. At this Time the plaintiFF was Being Punched in the Back By other oFFicers.

21. During this time c/o strickler was Banging the plaintiFFs Head on to the concrete saying you Don't Tell us No.

22. Then C/o Strickler started shocking The plaintiff on the neck. Then C/o strickler starting shocking the plaintiFF on the Buttox. Then C/o strickler Began shocking the plaintiFF on the Testicles. Then c/o strickler Began shocking the PlaintiFF again on his neck.

22 The Plaintiff was shocked Four Differerent Times By C/o Strickler while C/o sprouls, c/o Johnson, c/o caldwell and C/o pineda held the plaintiff Down.

23. The plaintiff was Then picked up and the PlaintiFF was yelling at the OFFicers that they were not going to

D. Cause OF Action

get away with this and that they would Have To pay For there actions.

24 Lt Sokol stated when The plaintiff was Being placed IN a restraint chair. That this ~~was~~ is our prison not yours.

25 The plaintiff was taken to medical where The plaintiff was given only a Brief and partial examination By medical staFF.

26 The PlaintiFF was never remoded or unstraped From the restraint chair.

27. During The incident the plaintiFF never assulted or Had any Physical contact with The Defendant that was Introduced By the PlaintiFF.

28 During the incident the plaintiFF never Displayed any Behavior or actions that would Have justified Force pursuant to The colorado Departments OF corrections policies.

29 During the incident the plaintiFF never Displayed any behavior or actions that would

D. Cause OF Action

Have Justified the Amount OF Fource officers used pursuant to Colorado Department OF Corr-ections policies, state and Federal law.

30 John Doe's Actions ordering Lt. sokol to move the plaintiFF to unit 3 using what ever means necessary To complete the task were willfull and wonton causing the plaintiFFs rights under State and Federal law to Be violated. John Doe's conduct also Amounted to DileBerate inDIFFerence To the plaintiFFs Right to Be Free OF crule And unussual punishment in violation oF the 8th amendment OF the U. S. constitution.

31. Lt sokol's Actions OF watching the correctional OFFicers Assult and shock the plaintiFF without intervening was willFull and wonton causing the rights OF the plaintiFFs to Be violated under state and Federal law. Lt. sokol's conduct Amounted to Dil-iberate indeFerence to the plaintiFFs right to Be Free From cruel and unusual punishment in violation OF the 8th Amendment OF the U. S. Constitution

32. C/o Coldwells actions oF Holding the Hand cuFFed plaintiFF Down, while the other OFFicers Assulted and shocked the plaintiFF was willFull and wonton. C/o coldwells actions were malicious

D. Cause OF Action

and sadistic amounting to A violation OF the Plaintiffs rights under state and Federal law including the righ to Be Free of cruel and unusual punishment pursuant to the 8th amendment OF the U. S. Constitution.

33. C/o Stricklers Actions OF slamming the plaintiffs head on the concreate and repeatedly shocking the Plaintiff while He was handcuffed was will ful and wonton causing the Plaintiffs rights to Be violated under state and Federal Law. C/o Stricklers Action were malicious and sadistic amounting to A violation OF the plaintiffs right To Be Free OF cruel and unusual punishment of The 8th Amendment of the U. S. Constitution.

34. C/o Sprowls actions OF repeatdly using his knee To strick the Plaintiff and Hold the Handcuffed Plaintiff Now while other officers assulted Him and shocked Him was willful and wonton causing The plaintiffs rights to Be violated under state and Federal law. C/o Sprowls actions were malicious and sadistic amounting to a violation OF The Plaintiffs right to Be Free of cruel and unusual punishment pursuant to the 8th amendment OF the U.S. constitution.

D Cause OF Action

35. C/o PineDA'S Actions OF assulting the Handcuffed Plaintiff and Holding him Down While white other OFFICers assulted and Shocked The plaintiff were Willfull and Wonton causing The PlaintiFFS rights under State and Federal law to Be violated. C/o Pineda's actions were malicious and sadistic amounting to a violation OF The PlaintiFFS right to Be Free of cruel and unusual punishment pursuant to the 8th Amendment OF the U.S constitution.

36. C/o Johnsons actions OF Assulting and Holding The Handcuffed plaintiff Down While the other OFFICers assulted and Shocked Him was WillFul and Wonton causing the plaintiFFS rights To Be violated under state and Federal laws. C/o Johnsons actions were malicious and sadistic amounting To a violation OF the plaintiFFS Right To Be Free From cruel and unusual punishment pursuant to the 8th Amendment OF The U. S. Constitution.

37. Pursuant to the Facts OF the incident in this case The DeFendants Had no Duty To use Force.

38. The OFFICers OFFicers Named in the assult and excessive Force Were not Authorized to use

# D. Cause of Action

Force Pursuant to Colorado Department of corrections Policies Based on the Facts that were Befor the officers and took Place on october 25 2001.

39. The Order John Doe gave to Lt Sokol was against State policy.

40. All of the Defendants actions resulted in The plaintiff Being assulted causing the plaintiff Sever and losting Pain in His Back, neck shoulder, Testicals, skull and Buttox. The plaintiff also experienced Phycological pain to include psycosis. This pain was lasting and severe.

41. The plaintiffs Physical and psycological pain and injury were more Than De minus.

41. A The Defendants used Force against the Plaintiff to punish the plaintiff

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? V Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: Joe ortiz, Al estep, John Doe, Sgt olsen, Sgt Huff, Sgt Harding, C/o Bann, Lt. Cordova, and Lt Adelman

2. Docket number and court name: 06cv00759-BNB District of Colorado

3. Claims raised in prior lawsuit: Denial of Hygiene items 8th Amend

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): Pending

5. If the prior lawsuit was dismissed, when was it dismissed and why? ___

6. Result(s) of any appeal in the prior lawsuit: ___

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   V Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ___ Yes V No (CHECK ONE).

   If yes, either attach copies or describe with specificity how you have exhausted administrative remedies. If no, briefly explain why not:

   Colorado Department of corrections Has a 30 Day Time limit To File. Plaintiff was in a mental institution long past the 30 Days

F. ADministrative RelieF

The PlaintiFF was mentally incompetent and phychotic after the Assult. The plaintiFF was TransFered to a mental institution 5 Days AFter The Assult. The plaintiFF remained in the phyciatric ward At the colorado State Hospitol in pueBlo For Approximately Six month. During this Time the plaintiFF was Being treated For His psychosis.

The (CDOC) Colorado Department OF corrections Grievence procedure 850-04 requires all inmates to File a grievence with in 30 Days OF the Incident. The colorado Department OF Corrections Does not allow inmates to File a grievance after the 30 Days Has past since the incedent.

The plaintiff was incompetent During and past The 30 Day Time limit to File the grievance and was mentally unable to complete a grievance process, Due to His mental illness.

The DeFendants actions caused the plaintiff's injuries and inability to File a grievance with in The 30 Day time limit.

The PlaintiFF Had and Has no available ADministrative remedy available to Him per CDOC'S Grievance procedure (850-04).

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

42. The plaintiFF request Judement against All The DeFendonts For Assult and Bottery in violation of colorado tort laws, For use of excessive Force in violation of the 8th amendment of the U. S constitution.

43. The plaintiFF request compensatory Damages From All of the DeFendont Jointly and Seperately For the Physical injuries substained in the Assult and excessive Force By the DeFendents.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 5/31/06
(Date)

[signature]
(Prisoner's Original Signature)

G. Request For relief

44. The plaintiFF is requesting punitive Domeges From all the DeFendants Jointly and seperotely For the DeFendonts Assult and Bettery and excessive Force To the plaintiFF

45. The plaintiFF FuRther request that this court gront any other relief it Deems appropriote.