**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01245-PSF-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: September 19, 2007** | **Courtroom Deputy:** Ben Van Dyke |

MICHAEL WHITINGTON,                                    Pro se, via telephone

    **Plaintiff,**

v.

LT. SOKOL, *et al.,*                                                    Joseph P. Sanchez

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:     9:17 a.m.**
Court calls case.  Appearances of defense counsel and pro se plaintiff.

**ORDERED:** The Motion to Clarify the Record for the Pre-Conference Hearing Conducted on July 24th, 2007 [filed August 29, 2007; doc. 68] is granted for the reasons stated on the record.  Plaintiff may serve twenty-five (25) interrogatories per a defendant consistent with Rule 26(g)(2).

**ORDERED:** Plaintiff's Request for a Protective Order Pursuant to Rule 26(b) Fed.R.Civ.P. [filed September 18, 2007; doc. 75] is denied for the reasons stated on the record.

Plaintiff states that he withdraws the current requests for production of documents propounded to defendants.

HEARING CONCLUDED.

**Court in Recess:       10:05 a.m.**
Total In-Court Time:     00:48