**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01245-PSF-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: October 31, 2007** | **Courtroom Deputy:** Ben Van Dyke |

MICHAEL WHITINGTON,                                               Pro se, via telephone

    **Plaintiff,**

v.

LT. SOKOL, *et al.,*                                               Joseph P. Sanchez

    **Defendants.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:      10:18 a.m.**
Court calls case.  Appearances of defense counsel and pro se plaintiff.

**ORDERED:** The Motion for Service of Subpoena Duces Tecum by U.S. Marshals Office [filed October 3, 2007; doc. 78] is denied without prejudice for the reasons stated on the record.

**ORDERED:** The Motion to Extend Discovery Cut-Off [filed October 15, 2007; doc. 81] is granted for the reasons stated on the record.  The discovery deadline is extended to February 29, 2008 and the dispositive motions deadline is extended to March 28, 2008.

**ORDERED:** The Motion for Service of Subpoena Duces Tecum by the U.S. Marshals Office [filed October 25, 2007; doc. 83] is denied without prejudice for the reasons stated on the record.

HEARING CONCLUDED.

**Court in Recess:      10:46 a.m.**
Total In-Court Time:      00:28