IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01245-PSF-CBS

MICHAEL WHITINGTON,
    Plaintiff,
v.

LT. SOKOL, et al.,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Whitington's "Motion to Hold Case in Abeyance to Allow Plaintiff to File for a Temporary Restraining Order Against the Colorado Department of Corrections and/or the Defendants" (filed December 7, 2007) (doc. # 96). Pursuant to the Order of Reference dated November 21, 2006 (doc. # 29) and the memorandum dated December 10, 2007 (doc. # 97), this matter was referred to the Magistrate Judge.

Mr. Whitington "requests that the above case be held in abeyance until the plaintiff can reasonable [sic] draft a request for a restraining order and this court can take the appropriate actions." (*See* doc. # 96 at p. 2 of 5). Currently, the deadline for completion of discovery is February 29, 2008 and the deadline for filing dispositive motions is March 28, 2008. (*See* Courtroom Minutes/Minute Order (doc. # 86)). Mr. Whitington has not adequately demonstrated that his desire to file a motion for a temporary restraining order will in any way affect the current deadlines. While the court will entertain any requests by Mr. Whitington for necessary extensions of time, Mr.

Whitington has not demonstrated an adequate basis for a stay. Accordingly,

IT IS ORDERED that Mr. Whitington's "Motion to Hold Case in Abeyance to Allow Plaintiff to File for a Temporary Restraining Order Against the Colorado Department of Corrections and/or the Defendants" (filed December 7, 2007) (doc. # 96) is DENIED.

Dated at Denver, Colorado this 17th day of December, 2007.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge