IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-01245-PSF-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 23, 2008 | Courtroom Deputy: Ben Van Dyke |

MICHAEL WHITINGTON,                                           Pro se, via telephone

    Plaintiff,

v.

LT. SOKOL, *et al.*,                                                    Christopher W. Alber

    Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in Session:** 1:41 p.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

Plaintiff and defendants' counsel discuss the pending discovery motions with the court.

**ORDERED:** The Motion for Subpoena Duces Tecum by the U.S. Marshals Office [filed November 9, 2007; doc. 87] is denied without prejudice for the reasons stated on the record. Plaintiff may refile the subpoena duces tecum one final time consistent with the discussion and modifications made on the record.

**ORDERED:** The Motion for Request of Counsel [filed January 4, 2008; doc. 101] is denied for the reasons stated on the record.

**ORDERED:** The Motion to Compel Discovery [filed January 4, 2008; doc. 102] is granted in part and denied for the reasons stated on the record. Supplemental interrogatory responses, consistent with the discussion on the record, shall be provided to plaintiff within ten (10) days. Documents for the court's *in camera* review shall be submitted to the court within ten (10) days.

HEARING CONCLUDED.

**Court in recess:** 3:01 p.m.
Total time in court: 01:20