IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01245-EWN-CBS

MICHAEL WHITINGTON,
    Plaintiff,
v.

LT. SOKOL, et al.,
    Defendants.

---

ORDER GRANTING SERVICE OF SUBPOENAS DUCES TECUM
BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Whitington's "Motion for Service of Subpoena Duces Tecum by the U.S. Marshal[']s Office" (filed February 12, 2008) (doc. # 112). Pursuant to the Order of Reference dated November 21, 2006 (doc. # 29) and the memorandum dated February 12, 2008 (doc. # 113), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the entire case file, and the Subpoena Duces Tecum and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    Mr. Whitington's "Motion for Service of Subpoena Duces Tecum by the U.S. Marshal[']s Office" (filed February 12, 2008) (doc. # 112) is GRANTED.

    2.    The Clerk of the Court shall forward copies of this Order and the two Subpoenas Duces Tecum and Addenda A (docs. # 112-2 and # 112-3) to the United States Marshal for service.

    3.    The United States Marshal shall serve copies of the Subpoena Duces

Tecum and Addendum A (**doc. # 112-2**) on Steve Schoenmakers, Executive Director of the Colorado Mental Health Institute at Pueblo, 1600 W. 24th St., Pueblo, Colorado 81003. All costs of service shall be advanced by the United States.

4. The United States Marshal shall serve copies of this Order and the Subpoena Duces Tecum and Addendum A (**doc. # 112-3**) on Aristedes W. Zavaras, Executive Director of the Colorado Department of Corrections, 2862 S. Circle Drive, Colorado Springs, Colorado 80906-4195. All costs of service shall be advanced by the United States.

Dated at Denver, Colorado this 20th day of February, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge