IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01245-EWN-CBS

MICHAEL WHITINGTON,

    Plaintiff,

v.

LT. SOKOL;
JOHN DOE,
c/o STRICKLER,
c/o SPROWELS,
c/o PINEDA,
c/o CALDWELL, and
c/o JOHNSON,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Colorado Department of Corrections's Motion for *In Camera* Review (*doc. no. 122*) is **GRANTED**. Counsel for the Colorado Department of Corrections is directed to submit the requested documents, in a sealed envelope, for the court's review no later than **April 4, 2008**.

    IT IS FURTHER ORDERED that a status conference will be held on **April 24, 2008 at 10:45 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 844-2117** at the scheduled time.


**DATED:**    March 27, 2008