IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01245-EWN-CBS

MICHAEL WHITINGTON,

    Plaintiff,

v.

LT. SOKOL;
JOHN DOE,
c/o STRICKLER,
c/o SPROWELS,
c/o PINEDA,
c/o CALDWELL, and
c/o JOHNSON,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court upon a review of the "Order" (*doc. no. 116*) filed February 14, 2008 and "State Defendants' Supplemental Response to Court's Order Dated February 14, 2008 and Withdrawal of Objection" (*doc. no. 132*) filed April 3, 2008.

IT IS ORDERED that the Colorado Department of Corrections shall produce the following portions of Administrative Regulation 300-16RD: (1) Section I at page 1 and (2) Section IV (C) at pages 5-7.

IT IS FURTHER ORDERED that Plaintiff's "Motion to Compel Portions of CDOC Administrative Regulation 300-16RD" (*doc. no. 129*) filed April 1, 2008 is **DENIED** as moot.

IT IS FURTHER ORDERED that the hearing set for April 24, 2008 is **VACATED**.

**DATED:**    April 4, 2008