# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-01245-EWN-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: June 30, 2008 | Courtroom Deputy: Ben Van Dyke |

MICHAEL WHITINGTON,                                      *Pro se*, via telephone

    Plaintiff,

v.

LT. SOKOL, *et al.*,                                      Christopher W. Alber

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   DISCOVERY CONFERENCE**
**Court in Session:     9:18 a.m.**
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

**0RDERED:** The Department of Corrections shall not be required to produce pages 47, 48, 54, 66, and 67 of the Criminal Justice Training Program on the Ultron II for the reasons stated on the record.

**ORDERED:** The oral motion to withdraw the Motion to Amend Prisoner Complaint [filed June 27, 2008; doc. 145] is granted. The motion (doc. 145) is hereby withdrawn.

**ORDERED:** The defendants shall respond to Plaintiff's Motion to Compel (doc. 146) and The Motion to Defer Ruling on the Defendants Summary Judgment Motion Pursuant to Rule 56(f) Fed. R. Civ. P. (doc. 147) by the close of business on July 4, 2008.

**ORDERED:** The Motion to Accept Attachment to Compel Discovery [filed June 27, 2008; doc. 148] is granted.

**ORDERED:** The defendants shall provide a response stating why the court should not impose sanctions under Rule 26(g) by the close of business on July 7, 2008.

HEARING CONCLUDED.

**Court in recess:       10:37 a.m.**                              Total time in court:    01:19