## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-01245-EWN-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 30, 2008 | Courtroom Deputy: Ben Van Dyke |

MICHAEL WHITINGTON,                        *Pro se*, via telephone

    **Plaintiff,**

v.

LT. SOKOL, *et al.,*                                 Christopher W. Alber

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 9:18 a.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

Plaintiff, Mr. Whitington, states that he is satisfied with the discovery he has received.

**ORDERED:** Plaintiff's oral motion to withdraw The Motion to Compel Discovery [filed June 27, 2008; doc. 146] is granted. The motion (*doc. 146*) is hereby withdrawn.

**ORDERED:** The Motion to Defer Ruling on the Defendants' Summary Judgment Motion Pursuant to Rule 56(f) Fed. R. Civ. P. [filed June 27, 2008; doc. 147] is denied as moot.

The court discusses the Response to Show Cause Order with defendants' counsel.

**ORDERED:** The Order to Show Cause, contained in the Courtroom Minutes/Minute Order (*doc. 151*), is hereby discharged.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before August 18, 2008** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

HEARING CONCLUDED.

**Court in recess:** **9:39 a.m.**
Total time in court: 00:21