IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01245-EWN-CBS

MICHAEL WHITINGTON,

    Plaintiff,

v.

LT. SOKOL;
JOHN DOE,
c/o STRICKLER,
c/o SPROWELS,
c/o PINEDA,
c/o CALDWELL, and
c/o JOHNSON,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants Motion to Vacate Settlement Conference (*doc. # 177)* is GRANTED.

    IT IS FURTHER ORDERED that the settlement conference set for November 17, 2008 is VACATED.

**DATED:**    October 23, 2008