IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01245-PAB-CBS

MICHAEL WHITINGTON,
    Plaintiff,
v.

LT. SOKOL, et al.,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Whitington's "Ex Parte Communication" (filed August 4, 2009) (doc. # 193).  Pursuant to the Order of Reference dated November 21, 2006 (doc. # 29) and the memorandum dated August 10, 2009 (doc. # 195), this matter was referred to the Magistrate Judge.  The court has reviewed the matter and the entire case file and is sufficiently advised in the premises. Based on the reasons stated at the hearing held on September 8, 2009 in Civil Action no. 06-cv-00759-LTB-CBS, *Whitington v. Estep et al.*,

    IT IS ORDERED that Mr. Whitington's "Ex Parte Communication" (filed August 4, 2009) (doc. # 193) shall be modified to make it a public entry and the motion related to doc. # 193 shall be terminated.

    Dated at Denver, Colorado this 9th day of September, 2009.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge