# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 06-cv-01245-PAB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** February 26, 2010 | **Courtroom Deputy:** Linda Kahoe |

MICHAEL WHITINGTON,                              Justin H. Weyerhaeuser

    Plaintiff,

    v.

SOKOL, *et al.,*                                 Christopher Wayne Alber

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:**   8:25 a.m.
Court calls case.  Appearances of counsel.

Discussion regarding Unopposed Motion Pursuant to Fed.R.Civ.P. 16(e) for Leave to Reopen Discovery and for Status/Scheduling Conference, doc #[221], filed 2/11/2010.

**ORDERED**:   Unopposed Motion Pursuant to Fed.R.Civ.P. 16(e) for Leave to Reopen Discovery and for Status/Scheduling Conference, doc #[221] is **GRANTED**.

**ORDERED**:   Discovery cutoff is **AUGUST 16, 2010.**  Affirmative experts must be designated on or before **MAY 31, 2010.**  Rebuttal experts must be designated on or before **JULY 16, 2010.**

**ORDERED:**   A Final Pretrial Conference is set for **SEPTEMBER 9, 2010 AT 8:00 A.M.**  A proposed Final Pretrial Order is due 5 days prior.

Discussion regarding settlement.  The court advises the parties to contact chambers if, and when, they feel a settlement conference will be productive.

HEARING CONCLUDED.
**Court in recess**:        **8:37 a.m.**
Total time in court:     00:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.