# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 6, 2010 |
| Court Reporter: Janet Coppock | Time: 19 minutes |

**CASE NO. 06-cv-01245-PAB-CBS**

| Parties | Counsel |
|---|---|
| **MICHAEL WHITINGTION,** | Justin Weyerhaeuser |
| | Kathryn Reilly |
| Plaintiff (s), | |
| vs. | |
| **LT. SOKOL,** | Christopher Alber |
| **JOHN DOE,** | Nicole Gellar |
| **C/O STRICKLER,** | |
| **C/O SPROWELS,** | |
| **C/O PINEDA,** | |
| **C/O CALDWELL, and** | |
| **C/O JOHNSON,** | |
| Defendant (s). | |

## TRIAL PREPARATION CONFERENCE

**8:06 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.

Court and counsel discuss pending motions.

**ORDERED:** Plaintiff's Stipulated Motion for Order to Change Case Caption (Doc #251), filed 9/23/10, is **GRANTED.**

**ORDERED:** Plaintiff's Unopposed Motion for Order to Modify the Final Pretrial Order (Doc #259), filed 9/30/10, is **GRANTED.**

**Defendants' Motion to Bifurcate the Trial on the Equitable Tolling of the Statute of Limitations from the Trial on the Merits Pursuant to Fed.R.Civ.P. 42(b) (Doc #243), filed 9/13/10.**

**8:10 a.m.** Argument by Mr. Alber.

**8:15 a.m.** Argument by Mr. Weyerhaeuser.

Court states its findings.

**ORDERED:** Defendants' Motion to Bifurcate the Trial on the Equitable Tolling of the Statute of Limitations from the Trial on the Merits Pursuant to Fed.R.Civ.P. 42(b) (Doc #243), filed 9/13/10, is **DENIED.**

**Plaintiff's Stipulated Motion to Continue Trial Date and Associated Pretrial Deadlines (Doc #244), filed 9/16/10.**

Comments by the Court.

**ORDERED:** Plaintiff's Stipulated Motion to Continue Trial Date and Associated Pretrial Deadlines (Doc #244), filed 9/16/10, is **GRANTED.** Trial scheduled for October 25, 2010 at 8:00 a.m. is **VACATED.**

**ORDERED:** Counsel directed to chambers to reschedule a 6-day jury trial.

**8:25 a.m.** **COURT IN RECESS**

**Total in court time:** 19 minutes

**Hearing concluded**