IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-01245-PAB-CBS

MICHAEL WHITINGTON,

     Plaintiff,

v.

KENNETH SOKOL,
JOEL STRICKLER,
FRED CALDWELL, and
ANTHONY JOHNSON,

     Defendants.

_____

### ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM
_____

Upon the Court's request, the Clerk of the Court issued a writ of habeas corpus

ad testificandum [Docket No. 272] for plaintiff Michael Whitington, now confined at the

Sterling Correctional Facility of the Colorado Department of Corrections.  The writ

required Mr. Whitington's attendance on the first day of the trial in this matter on

June 6, 2011.  That trial has now been vacated.  Accordingly, it is

**ORDERED** that the Writ of Habeas Corpus Ad Testificandum [Docket No. 272] is

**VACATED**.

DATED May 23, 2011.

BY THE COURT:

   s/Philip A. Brimmer         
PHILIP A. BRIMMER
United States District Judge