IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-01245-PAB-CBS

MICHAEL WHITINGTON,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

_____

### ORDER
_____

This matter is before the Court on the parties' Joint Stipulated Motion to Substitute the Colorado Department of Corrections as a Defendant in Place of the Current Named Defendants [Docket No. 281] and the parties' Joint Stipulated Motion to Dismiss with Prejudice [Docket No. 282].  The Court having reviewed the motions and being fully advised in their premises, it is

**ORDERED** that the parties' Joint Stipulated Motion to Substitute the Colorado Department of Corrections as a Defendant in Place of the Current Named Defendants [Docket No. 281] is **GRANTED**.  The Colorado Department of Corrections shall be substituted as the defendant in this case in place of the named defendants, Kenneth Sokol, Joel Strickler, Fred Caldwell, and Anthony Johnson.  It is further

**ORDERED** that the parties' Joint Stipulated Motion to Dismiss with Prejudice [Docket No. 282] is **GRANTED**.  It is further

**ORDERED** that this case is **DISMISSED with prejudice.**

DATED July 29, 2011.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge